# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BERTHINIA WILLIAMS,

    Plaintiff(s),

v.

STRATOSPHERE CASINO, HOTEL & TOWER,

    Defendant(s).

Case No.: 2:19-cv-02083-RFB-BNW

**ORDER**

Pending before the Court is Defendant's motion for exemption from the early neutral evaluation program. Docket No. 24. Plaintiff is hereby **ORDERED** to file a response no later than November 9, 2020. No reply is necessary.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1