# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BERTHINIA WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>STRATOSPHERE,<br><br>    Defendant. | Case No.: 2:19-cv-02083-RFB-BNW<br><br>**Order**<br><br>(Docket No. 24) |

Pending before the Court is Defendant Stratosphere's motion to vacate the Early Neutral Evaluation Session, currently set for November 20, 2020. Docket No. 24. The time to respond to Defendant's motion has not expired; however, on November 4, 2020, United States District Judge Richard F. Boulware, II granted Defendant's motion to dismiss. Docket No. 27. As a result, no operative complaint currently exists in the instant case.

Accordingly, the Court **DENIES** as moot Defendant's motion to vacate the Early Neutral Evaluation. Docket No. 24. The Early Neutral Evaluation currently set for November 20, 2020, is **VACATED**.

IT IS SO ORDERED.

Dated: November 10, 2020.

_____
NANCY J. KOPPE
United States Magistrate Judge